1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant MIGUEL MARTINEZ ALEJANDREZ
6

7
                        IN THE UNITED STATES DISTRICT COURT
8
                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,           )    No. CR-10 00066 SBA
11                                       )
                  Plaintiff,             )
12                                       )    STIPULATION AND ORDER
    vs.                                  )    MODIFYING BRIEFING SCHEDULE AND
13                                       )    CONTINUING DATE FOR DECISION ON
    MIGUEL MARTINEZ ALEJANDREZ,          )    MOTION
14                                       )
                  Defendant.             )
15  _____ )

16
            This matter presently is scheduled for decision on Miguel Martinez Alejandrez's motion
17
    to dismiss the indictment on May 18, 2010. The Assistant United States Attorney assigned to
18
    this case will be unavailable on that date, and Assistant Federal Public Defender Jerome
19
    Matthews has a scheduling conflict that has required modification of the briefing schedule. For
20
    these reasons, IT IS STIPULATED AND AGREED that the decision date on defendant's motion
21
    be continued to June 15, 2010. Defendant will file his motion by May 11, 2010; the government
22
    will file its opposition by May 25, 2010; and, defendant will file his reply brief by June 1, 2010.
23
    The parties agree that time under the Speedy Trial Act shall continue to be excluded under 18
24
    U.S.C. § 3161(h)(7)(B)(iv) for continuity of counsel and effective preparation until May 11,
25
    2010, and under 18 U.S.C. § 3161(h)(1)(D), given the filing of the motion, until June 15, 2010.
26

    STIP/ORD                              1

1  SO STIPULATED.

Dated: April 22, 2010

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: April 22, 2010

/S/
_____
JOHN COOKE
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.    /S/ JEROME E. MATTHEWS

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that there is good cause to continue the decision date on defendant's motion to dismiss to June 15, 2010.

Based on these findings, IT IS HEREBY ORDERED that the decision date on the motion to dismiss be continued to June 15, 2010, and that time under the Speedy Trial Act be excluded until June 15, 2010 based on continuity of counsel and effective preparation, and the filing of the motion. 18 U.S.C. §§ 3161(h)(7)(B)(iv) and (h)(1)(D).

IT IS SO ORDERED.

Dated: April 26, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP/ORD                                         2