JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN D. COOKE (CABN 233267)
Special Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
E-Mail: John.Cooke@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00066 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATED REQUEST TO SET |
| | ) | CHANGE OF PLEA AND SENTENCING |
| v. | ) | ON SEPTEMBER 21, 2010 AND TO |
| | ) | EXCLUDE TIME UNDER THE SPEEDY |
| MIGUEL MARTINEZ-ALEJANDREZ, | ) | TRIAL ACT |
| a/k/a Miguel Martinez Alejandrez, | ) | |
| a/k/a Miguel Martinez, | ) | Date:      June 15, 2010 |
| a/k/a Miguel A. Martinez, | ) | Time:      11:00 a.m. |
| a/k/a Miguel Alejandrez Martinez, | ) | Court:     Hon. Saundra Brown |
| a/k/a Miguel Alejandro Martinez, | ) |            Armstrong |
| | ) | |
| Defendant. | ) | |

The above-captioned matter is set on June 15, 2010 before this Court for a hearing of the

defendant's motion to dismiss.  The parties request that this Court vacate that date and set this

matter for change of plea and sentencing on September 21, 2010, at 10:00 a.m., and that the

Court exclude time under the Speedy Trial Act between the date of this stipulation and

September 21, 2010.

The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules

of Criminal Procedure and will submit the proposed plea agreement to the Court at the same time

as this stipulation.  To allow time for the Court to consider the proposed plea agreement and for

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON SEPTEMBER 21, 2010 & TO EXCLUDE TIME
No. CR-10-00066 SBA

the preparation of a Presentence Investigation Report by the United States Probation Office, the parties request that this matter be set on September 21, 2010 at 10:00 a.m. for change of plea and sentencing.  The defendant, who is currently in custody, agrees that the Court may review the pre-plea Presentence Investigation Report although he has not yet pleaded guilty.  Because the proposed plea agreement has been submitted to the Court, the parties further stipulate and agree that the time between May 27, 2010 and September 21, 2010 should be excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

DATED: May 27, 2010


_____/s/ John D. Cooke_____
JOHN D. COOKE
Special Assistant United States Attorney
Counsel for the United States

_____/s/ Jerome Matthews_____
JEROME MATTHEWS
Counsel for Miguel Martinez-Alejandrez

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

OAKLAND DIVISION

11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00066 SBA |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATED |
| | ) | REQUEST TO SET CHANGE OF PLEA |
| v. | ) | AND SENTENCING ON SEPTEMBER 21, |
| | ) | 2010 AND TO EXCLUDE TIME UNDER |
| MIGUEL MARTINEZ-ALEJANDREZ, | ) | THE SPEEDY TRIAL ACT |
| a/k/a Miguel Martinez Alejandrez, | ) | |
| a/k/a Miguel Martinez, | ) | Date:        June 15, 2010 |
| a/k/a Miguel A. Martinez, | ) | Time:        11:00 a.m. |
| a/k/a Miguel Alejandrez Martinez, | ) | Court:       Hon. Saundra Brown |
| a/k/a Miguel Alejandro Martinez, | ) | Armstrong |
| | ) | |
| Defendant. | ) | |
| | ) | |

12
13
14
15
16
17
18
19
20

The parties jointly requested that the motion hearing in this matter be vacated and that

21

this matter be set for change of plea and sentencing on September 21, 2010 at 10:00 a.m.  The

22

parties further requested that time be excluded under the Speedy Trial Act between May 27,

23

2010 and September 21, 2010 to allow time for the Court to consider the proposed plea

24

agreement to be entered into by the defendant and the attorney for the government, and to allow

25

time for the preparation of a Presentence Investigation Report by the United States Probation

26

Office.  The defendant agreed that the Court may review the pre-plea Presentence Investigation

27

Report although he has not yet pleaded guilty.  Good cause appearing therefor, and pursuant to

28

18 U.S.C. § 3161(h)(1)(G),

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on September 21, 2010 at 10:00 a.m., and that time between *June 1, 2010* and September 21, 2010 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.

DATED:6/2/10

_Saundra B Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON SEPTEMBER 21, 2010 & TO EXCLUDE TIME
No. CR-10-00066 SBA