UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL MARTINEZ-ALEJANDREZ,<br><br>Defendant. | Case No:  CR 10-0066 SBA<br><br>**ORDER OF REFERENCE FOR CHANGE OF PLEA** |

Pursuant to General Order 42, this Court finds that exceptional circumstances warrant the referral of the above-captioned matter to Magistrate Judge Beeler for a report and recommendation on the acceptance of Defendant's guilty plea.  The hearing before Magistrate Judge Beeler on Defendant's guilty plea shall take place on September 21, 2010 at 10:45 a.m.  Upon conducting that hearing, Magistrate Judge Beeler shall schedule the matter for judgment and sentencing in Department 1 of this Court, Judge Saundra Brown Armstrong presiding, for November 10, 2010 at 10:00 a.m.

IT IS SO ORDERED.

Dated: 9/14/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge