UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>MIGUEL MARTINEZ-ALEJANDREZ,<br><br>           Defendant. | Case No:  CR 10-0066-1 SBA<br><br>**ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION** |

On September 14, 2010, the Court referred this matter to Magistrate Judge Beeler for a report and recommendation on the acceptance of Defendant's guilty plea. On September 24, 2010, Magistrate Judge Beeler issued a Report and Recommendation in which she recommended that this Court accept Defendant's guilty plea. Judge Beeler amended that Report and Recommendation on September 30, 2010, again recommending acceptance of the guilty plea. The Court has received no objection to the Amended Report and Recommendation. Accordingly,

IT IS HEREBY ORDERED THAT Magistrate Judge Beeler's Amended Report and Recommendation (Docket 33) is ACCEPTED and shall become the Order of this Court.

IT IS SO ORDERED.

Dated: November 9, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge